**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Nishu Nishu,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05969-PHX-JZB

**ORDER**

On August 21, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) In his Petition, Petitioner asserts that his current immigration detention is unconstitutional. (*Id.*) On August 24, 2026, the Court issued a Notice of General Order 26-09 directing Respondents to file an Answer within 7 calendar days, absent a terminating order from the Court. (Doc. 4.) On August 31, 2026, Respondents filed a Response, wherein they state:

> Respondents hereby respond to the Petition for Writ of Habeas Corpus (Doc. 1) and to the Court's Order (Doc. 4). Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody.

(Doc. 7.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

//

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (doc. 1) is **GRANTED** as to his request for immediate release from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **THREE (3) DAYS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 31st day of August, 2026.

Honorable John Z. Boyle
United States Magistrate Judge